UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELANIE LA MADELEINE,<br><br>                Plaintiff,<br><br>  v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>                Defendant. | NO: 4:20-CV-5021-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Dismissal (ECF No. 14). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for dismissal with prejudice and without additional fees, costs, or payments of any other sums of any kind or description. The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

1  **ACCORDINGLY, IT IS HEREBY ORDERED**:

2  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is

3  **DISMISSED** with prejudice and without additional fees, costs, or payments of any

4  other sums of any kind or description.

5  The District Court Executive is directed to enter this Order and Judgment

6  accordingly, furnish copies to counsel, and **CLOSE** the file.

7  **DATED** September 1, 2020.



THOMAS O. RICE
United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2